AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

the email account "kaiden.evinlyle@gmail.com"

)
)
)  Case No. MJ14-5022
)
)
)

FILED ____ LODGED ____
RECEIVED
FEB 18 2014
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

FILED ____ LODGED ____
RECEIVED
FEB 03 2014
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A2, attached hereto and incorporated herein

located in the _____ Western _____ District of _____ Washington _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B2, attached hereto and incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 2251(a) | Production of Child Pornography |
| 18 USC 2252(a)(2) | Receipt or Distribution of Child Pornography |
| 18 USC 2252(a)(4)(B) | Possession of Child Pornography |

The application is based on these facts:

See Affidavit of United States Secret Service Special Agent Bryan Molnar, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. McCOOL
Clerk, U.S. District Court
Western District of Washington
By _____
Deputy Clerk

_____
Applicant's signature

Bryan Molnar, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/3/2014

_____
Judge's signature

City and state: Tacoma, Washington

Karen L. Strombom, United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: 2/3/14 1630 | Copy of warrant and inventory left with: Emailed to Google |
| Inventory made in the presence of: SA John Wurster |||
| Inventory of the property taken and name of any person(s) seized: 1 CD from Google |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/18/14

_____
SA
*Executing officer's signature*

SA Ryan Molnar
*Printed name and title*

# ATTACHMENT A2
## THE SUBJECT EMAIL ACCOUNT TO BE SEARCHED

The electronically stored information (and any attachments, stored messages, files, documents, and photographs associated therewith) contained in, and associated with, the Google email (gmail) account "kaiden.evinlyle@gmail.com" (hereinafter the "SUBJECT EMAIL ACCOUNT"), as well as all other user and log records associated with the SUBJECT EMAIL ACCOUNT, to include the IIS (Internet Information Services) logs associated with any linked Google Drive accounts, which are located at premises owned, maintained, controlled or operated by Google, an email provider headquartered at 1600 Amphitheatre Parkway, Mountain View, California.

# ATTACHMENT B2
# ITEMS TO BE SEIZED
### Section I - Items to be to be Provided by Google for Search

1. All electronically stored information and communications contained in and associated with the Google email (gmail) account "kaiden.evinlyle@gmail.com" (hereinafter the "SUBJECT EMAIL ACCOUNT"), including any attachments, stored messages, files, documents, and photographs, account registration information, user contact information, linked web addresses, and logs, from February 28, 2007, to present;

All electronically stored information and communications contained in the SUBJECT EMAIL ACCOUNT, including any Picasa Web Albums account(s) linked to the SUBJECT EMAIL ACCOUNT and any Google Drive cloud storage account(s) linked to the SUBJECT EMAIL ACCOUNT, and all account registration information, user contact information, linked web addresses and posted images, content and logs, to include the IIS (Internet Information Services) logs associated with the Google Drive accounts;

2. All subscriber records associated with the SUBJECT EMAIL ACCOUNT, including name, address, records of session times and durations, length of service (including start date) and types of service utilized, telephone or instrument number or other subscriber number or identity, (including any temporarily assigned network address), and means and source of payment for such service, including any credit card or bank account number;

3. Any and all other log records, including IP address captures, associated with the SUBJECT EMAIL ACCOUNT;

4. Any address lists or buddy/contact lists associated with the SUBJECT EMAIL ACCOUNT; and

5. Any records of communications between Google, and any other person about issues relating to the SUBJECT EMAIL ACCOUNT, such as technical problems, billing inquiries, or complaints from other users about the SUBJECT EMAIL

ACCOUNT. This is to include records of contacts between the subscriber and the provider's support services, as well as records of any actions taken by the provider or subscriber as a result of the communications.

### Section II - Items to be Seized

From all electronically stored information and communications contained in the SUBJECT EMAIL ACCOUNT, including any Picasa Web Album account(s) and Google Drive cloud storage account(s) linked to the SUBJECT EMAIL ACCOUNT:

    a. All messages, documents, and profile information, attachments, or other data that serves to identify any persons who use or access the SUBJECT EMAIL ACCOUNT, or who exercise in any way any dominion or control over the SUBJECT EMAIL ACCOUNT;

    b. Any address lists or buddy/contact lists associated with the SUBJECT EMAIL ACCOUNT;

    c. All images of child pornography and any messages, documents and profile information, attachments, or other data that refer to child pornography or the possession, receipt, distribution, or production of child pornography;

    d. All subscriber records associated with the SUBJECT EMAIL ACCOUNT, including name, address, records of session times and durations, length of service (including start date) and types of service utilized, telephone or instrument number or other subscriber number or identity, (including any temporarily assigned network address), and means and source of payment for such service, including any credit card or bank account number;

    e. Any and all other log records, including IP address captures, associated with the SUBJECT EMAIL ACCOUNT; and

    f. Any records of communications between Google and any person about issues relating to the SUBJECT EMAIL ACCOUNT, such as technical problems, billing inquiries, or complaints from other users. This is to include records of contacts

1 | between the subscriber and the provider's support services, as well as records of any
2 | actions taken by the provider or subscriber as a result of the communications.

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AFFIDAVIT OF BRYAN MOLNAR - 40